**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**TOMAS O. CASABLANCA,**

       **Petitioner,**

**v.**                              **Civil Action No. 2:05CV94
Criminal Action No. 2:04CR5(1)
(Judge Maxwell)**

**UNITED STATES OF AMERICA,**

       **Respondent.**

<u>**ORDER**</u>

It will be recalled that on April 3, 2007, Magistrate Judge Kaull filed his

Opinion/Report and Recommendation, wherein the Petitioner was directed, in

accordance with 28 U.S.C. § 636(b)(1), to file with the Clerk of Court any written

objections within ten (10) days after being served with a copy of the Report and

Recommendation.  On May 30, 2007, after successfully seeking an extension to do so,

Petitioner filed his Objections to the Magistrate Judge's Opinion/Report and

Recommendation.

Upon examination of the report from the Magistrate Judge, it appears to the

Court that the issues raised by the Petitioner in his motion, which was filed pursuant to

28 U.S.C. §2255, wherein Petitioner seeks release from imprisonment, as well as the

issues raised by the Respondent in its Motion to Dismiss, were thoroughly considered

by Magistrate Judge Kaull in his Report and Recommendation.  Upon consideration of

the Petitioner's objections, the Court finds that the Petitioner has not raised any issues

that were not throughly considered by the Magistrate Judge in his Report and

Recommendation.  Moreover, the Court, upon an independent <u>de</u> <u>novo</u> consideration of

all matters now before it, is of the opinion that the Report and Recommendation

accurately reflects the law applicable to the facts and circumstances before the Court in this action. Therefore, it is

**ORDERED** that Magistrate Judge Kaull's Report and Recommendation be, and the same hereby is, accepted in whole and that this action be disposed of in accordance with the recommendation of the Magistrate Judge. Accordingly, it is

**ORDERED** that Respondent's Motion to Dismiss be, and the same hereby is, **GRANTED** in part. It is further

**ORDERED** that the Petitioner's §2255 Motion be, and the same hereby is, **DENIED**. It is further

**ORDERED** that the above styled action be, and the same hereby is, **DISMISSED** with prejudice and **STRICKEN** from the docket of this Court. It is further

**ORDERED** that, if Petitioner should desire to appeal the decision of this Court, written notice of appeal must be received by the Clerk of this Court within thirty (30) days from the date of the entry of the Judgment Order, pursuant to Rule 4 of the Federal Rules of Appellate Procedure. The $5.00 filing fee for the notice of appeal and the $450.00 docketing fee should also be submitted with the notice of appeal. In the alternative, at the time the notice of appeal is submitted, Petitioner may, in accordance with the provisions of Rule 24(a) of the Federal Rules of Appellate Procedure, seek leave to proceed in forma pauperis from the United States Court of Appeals for the Fourth Circuit.

**ENTER:** October _2_, 2007

_____/s/ Robert E. Maxwell_____
United States District Judge